UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUANITA PICKETT,
                       Plaintiff,

      -against-                                 20 **CIVIL** 75 (ER)

                                                  **JUDGMENT**

GM and MOTOR LIQUIDATION CO.,
                       Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2020, Pickett's case is DISMISSED with prejudice. Pickett's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
           March 4, 2020

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                         **BY:**
                                                      **Deputy Clerk**