UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUANITA PICKETT,

               Plaintiff,

v.

GM and MOTOR LIQUIDATIONS CO.,

               Defendants.

**ORDER**

20 Civ. 75 (ER)

---

RAMOS, D.J.

    The Court is in receipt of *pro se* plaintiff Juanita Pickett's letter requesting an appeal. Doc. 12.

    The Court dismissed this action with prejudice on March 4, 2020. Doc. 8. Pickett filed a notice of appeal from the order of dismissal on April 13, 2020. Doc. 10. On August 10, 2020, the Second Circuit dismissed the appeal for failure to pay the filing fee. Doc. 11. Accordingly, Pickett's request for an appeal is DENIED. The Clerk of Court is respectfully directed to mail a copy of this order to Pickett at the address on the docket and at the address below and note service on the docket:

    Juanita Pickett
    5221 Hunt Park Ct.
    Winston-Salem, NC 27106

    It is SO ORDERED.

Dated: May 25, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.